UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:  Michael & Heidi McGlinnen

,

Debtor.

_____/

CHAPTER 13
CASE NO. 10-58230
JUDGE Tucker

ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest.  Objections, if any, have been resolved.  The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

**IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $__Fee Application___ in fees and $_____0_____ in expenses, and that the portion of such claim which has not already been paid, to-wit: $ ____Fee Application_____ shall be paid by the Trustee as an administrative expense of this case.**

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

- The Debtor shall remit _100___% of all tax refunds to which Debtor is entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

- The Debtors' Plan payments shall be increased to $1065.46 per bi-weekly effective 06/01/2011.

- The Debtors' Plan payments shall be increased to $1095.78 per bi-weekly effective 01/01/2011.

- The Debtors' Plan payments shall be increased to $1123.08 per bi-weekly effective 05/01/2012.

- The Debtors' Plan payments shall be increased to $1151.55 per bi-weekly effective 01/01/2013.

- The Debtors' Plan payments shall be increased to $1221.53 per bi-weekly effective 02/01/2014.

- Debtors' shall provide proof of rent payment by 02/01/2011 or Chapter 13 payment shall increase to $1708.00 bi-weekly.

APPROVED

/s/ Tammy L. Terry
_____
TAMMY L. TERRY (P46254)
KIMBERLY SHORTER-SIEBERT (P49608)
MARILYN R. SOMERS-KANTZER (P52488)
Chapter 13 Trustee
535 Griswold Street
2100 Buhl Building
Detroit, MI  48226
313-967-9857

| Objections Withdrawn |
| --- |
| For Creditor: |
| Objections Withdrawn |
| For Creditor: |

/s/ Marguerite Hammerschmidt
_____
Marguerite Hammerschmidt (P53908)
Attorney for Debtor
117 West 4th. St. Ste. 201
Royal Oak, MI 48067
248-988-8335
admin@hammer-stick.com

.

**Signed on November 03, 2010**

_____
/s/ Thomas J. Tucker
**Thomas J. Tucker**
United States Bankruptcy Judge